IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH, | NO. |
| Plaintiff, | COMPLAINT FOR LONG TERM DISABILITY BENEFITS |
| vs. | |
| TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE, | |
| Defendants. | |

COMES NOW plaintiff, Nina J. Bujacich, with a complaint for Short Term Disability benefits and states and alleges as follows:

### I.  IDENTIFICATION OF PLAINTIFF

1.1   At all times material herein, plaintiff was a resident of Pierce County, Washington, and was a beneficiary and participant under a Short Term Disability plan covered by the Employee Retirement Income Security Act of 1974 (ERISA).

### II.  IDENTIFICATION OF DEFENDANTS

2.1   At all times material herein, defendant, Tyler Technologies, Inc., was the Sponsor of an employee welfare benefit plan governed by ERISA.  Defendant, Tyler Technologies, Inc., is also the Plan Administrator.

2.2.   At all times material herein, defendant, Tyler Technologies Short Tem Disability Coverage (the Plan), was an employee welfare benefit plan governed by ERISA.  The Plan's Sponsor and the

COMPLAINT FOR SOCIAL
SECURITY BENEFITS, PAGE 1

Plan's Administrator is the plaintiff's employer, Tyler Technologies, Inc.

### III.  FACTS

3.1 Plaintiff made application for Short Term Disability benefits under the Plan which was denied on July 13, 2012 by Prudential Insurance Company of America as Claims Administrator under an Administrative Services Agreement with the Plan.

3.2 Thereafter plaintiff appealed the denial of her claim on September 26, 2012 to the Plan Administrator.

3.3 The Plan Administrator's Administrative Committee denied plaintiff's appeal in an undated letter postmarked on April 16, 2013.

3.4 Plaintiff has exhausted her administrative remedies.

### IV. CAUSE OF ACTION

4.1 Plaintiff brings this action under 29 U.S.C. § 1132(a)(1)(B) to recover Short Term Disability benefits under an employer sponsored welfare plan.

### V.  RELIEF REQUESTED

5.1 Plaintiff requests that this Court order entitlement to Short Term Disability benefits with payment of benefits that have accrued, reinstatement to the Plan, award of attorney fees and costs, and any other relief the court deems just and equitable in the premises.

5.2 Plaintiff requests that this court require defendants to answer this complaint and supply the court with copies of the administrative record, the Summary Plan Description, and applicable Plan documents.

DATED this 27th day of September, 2013.

TODD R. RENDA, ATTORNEY AT LAW

*/s/ Todd R. Renda*
Todd R. Renda WSBA# 20779
Attorney for plaintiff
6314 19th St. West, Ste 21
Tacoma WA 98466-6223
Telephone: 253-566-6701
FAX: 253-565-0705
toddrenda@msn.com
mrenda@yahoo.com

COMPLAINT FOR SHORT TERM
DISABILITY BENEFITS
PAGE 2

**TODD R. RENDA**
*Attorney at Law*
6314 19th St. W., Suite 21
Tacoma, Washington 98466-6223
Phone: (253) 566-6701