AO440 - WAWD (Revised 10/11) Summons in a Civil Action

# United States District Court
for the
Western District of Washington

| | |
|---|---|
| NINA J. BUJACICH, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. C13-5854 RJB |
| TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor, and Tyler TECHNOLOGIES SHORT TERM DISABILITY COVERAGE, | ) ) ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TYLER TECHNOLOGIES, INC.
ATTENTION HUMAN RESOURCES DEPARTMENT
5949 SHERRY LANE, STE 1400
DALLAS TX 75225

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

TODD R. RENDA, ATTORNEY AT LAW
6314 19TH ST. WEST, STE 21
TACOMA WA 98466-6223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Date: __9/30/2013__

CLERK OF COURT

/s/ _____
Signature