**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON, AT TACOMA**

| NINA J. BUJACICH | Cause #:  C13-5854 RJB |
|---|---|
| Plaintiff/Petitioner | |
| | Declaration of Service of: |
| vs. | SUMMONS IN A CIVIL ACTION; COMPLAINT FOR LONG TERM DISABILITY BENEFITS |
| TYLER TECHNOLOGIES, INC., AS PLAN ADMINISTRATOR AND SPONSOR, AND TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE | |
| Defendant/Respondent | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 7 2013 4:10PM at the address of 1780 BARNES BLVD SW BLDG G TUMWATER, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon CAPITOL CORPORATE SERVICES as Registered Agent for TYLER TECHNOLOGIES, INC by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with CONNIE QUANTZ PERSON AUTHORIZED TO ACCEPT SERVICE FOR REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 8, 2013 at Tumwater, WA

by _____          Service Fee Total: $ 74.50
        S. Gogan    11-0127-04



ABC Legal Services, Inc.
206 521-9000
Tracking #: 7979433

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

C13-5854 RJB
Dickinson, Clayton R
6314 19th Street W Suite #20
Tacoma, WA   98465
253 564-6253