THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-05854-RBJ<br><br>**NOTICE OF APPEARANCE** |

TO:　　　　NINA BUJACICH; Plaintiff

AND TO:　　TODD R. RENDA; Plaintiff's Attorney of Record

　　PLEASE TAKE NOTICE that Defendants Tyler Technologies, Inc. and Tyler Technologies Short Term Disability Coverage ("Defendants"), hereby appear by the undersigned attorneys, Sarah E. Swale, Kelly M. Turner and Lane Powell PC, without waiving any of their affirmative defenses as to sufficiency of process, sufficiency of service of process, jurisdiction, venue, right to arbitration, failure to state a claim, failure to join a party or any other affirmative defense in this matter, and hereby request that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said Defendants at their offices below stated.

NOTICE OF APPEARANCE - 1
CASE NO. 3:13-cv-05854-RBJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121731.0002/5861615.1

DATED:  October 28, 2013

LANE POWELL PC

By  s/Sarah E. Swale
    Sarah E. Swale, WSBA No. 29626
    Kelly M. Turner, WSBA No. 43022

    1420 Fifth Avenue, Suite 4100
    Seattle, WA  98101
    Telephone: 206-223-7000
    Facsimile:  206-223-7107
    Email:   swales@lanepowell.com
             turnerk@lanepowell.com

Attorneys for Defendants Tyler Technologies, Inc. and Tyler Technologies Short Term Disability Coverage

NOTICE OF APPEARANCE - 2
CASE NO. 3:13-cv-05854-RBJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121731.0002/5861615.1

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 28th day of October, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Todd R. Renda
Attorney for Plaintiff
6314 19th Street West, Suite 21
Tacoma, WA 98466-6223
Email:  toddrenda@msn.com
             mrenda@yahoo.com

DATED this 28th day of October, 2013, at Seattle, Washington.

s/Lorrie A. Salinas
Lorrie A. Salinas, Legal Assistant

NOTICE OF APPEARANCE - 3
CASE NO. 3:13-cv-05854-RBJ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

121731.0002/5861615.1