THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH,<br><br>               Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,<br><br>               Defendants. | Case No. 3:13-cv-05854-RBJ<br><br>**NOTICE OF APPEARANCE** |

TO:         NINA BUJACICH; Plaintiff

AND TO:    TODD R. RENDA; Plaintiff's Attorney of Record

PLEASE TAKE NOTICE that Defendants Tyler Technologies, Inc. and Tyler Technologies Short Term Disability Coverage ("Defendants"), hereby appear by the undersigned attorneys, Sarah E. Swale, Kelly M. Turner and Lane Powell PC, without waiving any of their affirmative defenses as to sufficiency of process, sufficiency of service of process, jurisdiction, venue, right to arbitration, failure to state a claim, failure to join a party or any other affirmative defense in this matter, and hereby request that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said Defendants at their offices below stated.

NOTICE OF APPEARANCE - 1
CASE NO. 3:13-cv-05854-RBJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

121731.0002/5861621.1

DATED: October 28, 2013

          LANE POWELL PC

          By <u>s/Kelly M. Turner</u>
            Sarah E. Swale, WSBA No. 29626
            Kelly M. Turner, WSBA No. 43022

            1420 Fifth Avenue, Suite 4100
            Seattle, WA 98101
            Telephone: 206-223-7000
            Facsimile: 206-223-7107
            Email: swales@lanepowell.com
                 turnerk@lanepowell.com

          Attorneys for Defendants Tyler Technologies, Inc. and Tyler Technologies Short Term Disability Coverage

NOTICE OF APPEARANCE - 2
CASE NO. 3:13-cv-05854-RBJ

121731.0002/5861621.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 28th day of October, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Todd R. Renda  
Attorney for Plaintiff  
6314 19th Street West, Suite 21  
Tacoma, WA 98466-6223  
Email: toddrenda@msn.com  
       mrenda@yahoo.com  

DATED this 28th day of October, 2013, at Seattle, Washington.

      s/Cheryl Yeverino  
      Cheryl Yeverino, Legal Assistant

NOTICE OF APPEARANCE - 3  
CASE NO. 3:13-cv-05854-RBJ

LANE POWELL PC  
1420 FIFTH AVENUE, SUITE 4200  
P.O. BOX 91302  
SEATTLE, WA 98111-9402  
206.223.7000  FAX: 206.223.7107

121731.0002/5861621.1