

**COLLIN COUNTY**

OFFICE OF THE SHERIFF

4300 Community Avenue

McKinney, TX  75071

**Terry G. Box, Sheriff**

---

AFFIDAVIT OF SERVICE

CASE:  C135854RJB

Nina Bujacich vs. Tyler Technologies, INC.

**The State of Texas**
**County of Collin**

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared Shonda Norton, who first being duly sworn, upon his oath deposes and says:

I am over the age of twenty one years and of sound mind. I hold the office of Deputy Sheriff for the Collin County Sheriff's Office and I have personal knowledge of every statement herein made, and I am fully competent to test as to the matters stated herein.

On the 21st day of October, 2013, our office received a SUMMONS/COMPLAINT-OUT OF COUNTY, issued out of the United States District Court, for the State of WA, of Western District to be delivered to: Tyler Technologies, INC. /Attn: Human Resources Department, at 5101 Tennyson Pkwy   Plano TX  75024, in Collin County, Texas.

This Said document was served (delivered) to H. Lynn Moore Jr. Executive Vice President and General Counsel on the 22nd day of October, 2013, at 12:25 PM at 5101 Tennyson Pkwy
Plano TX  75024, Collin County, Texas by Deputy Shonda Norton, who is a licensed peace officer in and for the State of Texas and is employed by the Collin County Sheriff's Office in Collin County, Texas.

Every statement in this, my affidavit, is true and correct. Further affiant sayeth not.

TERRY G. BOX, SHERIFF
COLLIN COUNTY, TEXAS

_____
Deputy Sheriff Shonda Norton

Subscribed and sworn to before me on the 22nd day of October, 2013.

*Alisha Riggs* (signature)

ALISHA RIGGS
Notary Public
STATE OF TEXAS
My Comm. Exp. July 2, 2017