THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH,<br><br>                Plaintiff,<br><br>   v.<br><br>TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,<br><br>                Defendants. | No. C13-5854-RJB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR RESPONDING TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: MONDAY, OCTOBER 28, 2013** |

**STIPULATION**

Plaintiff Nina Bujacich ("Plaintiff") and Defendants Tyler Technologies, Inc. ("Tyler") and Tyler Technologies Short Term Disability Coverage (the "Plan") (collectively "Defendants"), hereby stipulate to a brief extension of Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint.

The parties have good reason to request a brief extension pursuant to Western District Local Rule CR 10(g) for the following reason:  In an effort to explore a potential resolution of this matter without involving the Court and without engaging in the additional expense of drafting pleadings or motions, the parties have agreed to participate in early settlement negotiations.  To facilitate these discussions, the parties find it necessary to request a brief extension of the responsive deadline, as follows:

STIPULATION AND ORDER- 1
No. C13-5854-RJB
121731.0002/5861876.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

| CURRENT SCHEDULE | PROPOSED REVISED SCHEDULE |
|---|---|
| Defendants must file an answer or otherwise respond to the Complaint by: **October 29, 2013** | Defendants must file an answer or otherwise respond to the Complaint by: **November 19, 2013** |

No scheduling order has been entered and the brief extension will not impact the efficient proceeding of this litigation should a resolution not be reached.

DATED this 28th day of October, 2013.

| | |
|---|---|
| LANE POWELL PC | TODD R. RENDA, ATTORNEY AT LAW |
| By  s/Sarah E. Swale | By  s/Todd R. Renda |
| Sarah E. Swale, WSBA No. 29626 | Todd R. Renda, WSBA No. 13542 |
| Kelly M. Turner, WSBA No. 43022 | Attorneys for Plaintiff |
| Attorneys for Defendants | |

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of October, 2013.

_[signature]_
ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

LANE POWELL PC

By s/Sarah E. Swale
  Sarah E. Swale, WSBA No. 29626
  Kelly M. Turner, WSBA No. 43022
Attorneys for Defendants

STIPULATION AND ORDER- 2
No. C13-5854-RJB
121731.0002/5861876.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1 | APPROVED; NOTICE OF PRESENTATION WAIVED:

2 | TODD R. RENDA, ATTORNEY AT LAW

3

4 | By  s/Todd R. Renda
     Todd R. Renda, WSBA No. 20779
5 |   Attorney for Plaintiff

STIPULATION AND ORDER- 3
No. C13-5854-RJB
121731.0002/5861876.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 28th day of October, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

> Todd R. Renda
> Attorney at Law
> 6314 19th Street West, Suite 21
> Tacoma, WA  98466-6233
> Email:  toddrenda@msn.com

DATED this 28th day of October, 2013, at Seattle, Washington.

s/ Lorrie A. Salinas
Lorrie A. Salinas

STIPULATION AND ORDER- 4
No. C13-5854-RJB
121731.0002/5861876.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107