THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-05854-RJB<br><br>**STIPULATION FOR ORDER DISMISSING CASE WITH PREJUDICE**<br><br>NOTED FOR HEARING: NOVEMBER 27, 2013<br><br>**WITHOUT ORAL ARGUMENT** |

### **STIPULATION**

IT IS STIPULATED by and between Plaintiff Nina Bujacich ("Plaintiff") and Defendants Tyler Technologies, Inc. ("Tyler") and Tyler Technologies Short Term Disability Coverage (the "Plan") (collectively "Defendants"), that the claims of Plaintiff against Defendants may be dismissed in their entirety, with prejudice, and without attorneys' fees or costs to any party. The parties further stipulate to the entry of the attached Order dismissing the above-entitled matter in its entirety without further notice to any party.

///

///

///

///

///

STIPULATION FOR ORDER DISMISSING CASE WITH PREJUDICE - 1
CASE NO. 3:13-CV-05854-RJB

121731.0002/5880368.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# ORDER

A proposed Order is attached.

Submitted this 27th day of November 2013.

LANE POWELL PC

By  s/Sarah E. Swale
Sarah E. Swale, WSBA No. 29626
Kelly M. Turner, WSBA No. 43022

Attorneys for Defendants Tyler Technologies, Inc. and Tyler Technologies Short Term Disability Coverage

TODD R. RENDA, ATTORNEY AT LAW

By  s/Todd R. Renda
Todd R. Renda, WSBA No. 20779

Attorneys for Plaintiff Plaintiff

STIPULATION FOR ORDER DISMISSING CASE WITH PREJUDICE - 2
CASE NO. 3:13-CV-05854-RJB

121731.0002/5880368.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 27th day of November, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Todd R. Renda
Attorney for Plaintiff
6314 19th Street West, Suite 21
Tacoma, WA 98466-6223
Email:  toddrenda@msn.com
           mrenda@yahoo.com

DATED this 27th day of November 2013 at Seattle, Washington.

s/Lorrie A. Salinas
Lorrie A. Salinas, Legal Assistant

STIPULATION FOR ORDER DISMISSING CASE WITH PREJUDICE - 3
CASE NO. 3:13-CV-05854-RJB

121731.0002/5880368.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107