THE HONORABLE ROBERT J. BRYAN

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

NINA J. BUJACICH,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,

    Defendants.

Case No. 3:13-cv-05854-RJB

**[PROPOSED]**

**ORDER TO DISMISS CASE WITH PREJUDICE**

# ORDER

The parties having stipulated that the claims of Plaintiff Nina Bujacich against Defendants Tyler Technologies, Inc. ("Tyler") and Tyler Technologies Short Term Disability Coverage (the "Plan") (collectively "Defendants"), may be dismissed in their entirety, with prejudice, and without attorneys' fees or costs to any party, and having stipulated to the entry of this Order dismissing the above-entitled matter in its entirety without further notice to any party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter is hereby dismissed in its entirety with prejudice and without attorneys' fees or costs to any party.

///

///

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE - 1
Case No. 3:13-cv-05854-RJB
121731.0002/5881182.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

IT IS SO ORDERED this _____ day of _____, 201__.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISCTRICT JUDGE

PRESENTED BY:

LANE POWELL PC


By s/Sarah E. Swale
    Sarah E. Swale, WSBA No. 29626
    Kelly M. Turner, WSBA No. 43022
Attorneys for Defendants


APPROVED; NOTICE OF PRESENTATION WAIVED:

TODD R. RENDA, ATTORNEY AT LAW



By  s/Todd R. Renda
    Todd R. Renda, WSBA No. 20779
Attorney for Plaintiff

[PROPOSED] ORDER TO DISMISS CASE WITH
PREJUDICE - 2
Case No. 3:13-cv-05854-RJB

121731.0002/5881182.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 27th day of November, 2013, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following:

Todd R. Renda
Attorney for Plaintiff
6314 19th Street West, Suite 21
Tacoma, WA 98466-6223
Email:  toddrenda@msn.com
        mrenda@yahoo.com

DATED this 27th day of November 2013 at Seattle, Washington.

                                          s/Lorrie A. Salinas
                                          Lorrie A. Salinas

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE - 3
Case No. 3:13-cv-05854-RJB
121731.0002/5881182.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107