THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NINA J. BUJACICH,<br><br>                    Plaintiff,<br><br>     v.<br><br>TYLER TECHNOLOGIES, INC., as Plan Administrator and Sponsor; and TYLER TECHNOLOGIES SHORT TERM DISABILITY COVERAGE,<br><br>                    Defendants. | Case No. 3:13-cv-05854-RJB<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

## ORDER

The parties having stipulated that the claims of Plaintiff Nina Bujacich against Defendants Tyler Technologies, Inc. ("Tyler") and Tyler Technologies Short Term Disability Coverage (the "Plan") (collectively "Defendants"), may be dismissed in their entirety, with prejudice, and without attorneys' fees or costs to any party, and having stipulated to the entry of this Order dismissing the above-entitled matter in its entirety without further notice to any party, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the above-entitled matter is hereby dismissed in its entirety with prejudice and without attorneys' fees or costs to any party.

///

///

ORDER TO DISMISS CASE WITH PREJUDICE - 1
Case No. 3:13-cv-05854-RJB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

121731.0002/5881182.1

IT IS SO ORDERED this 3rd day of December, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

PRESENTED BY:

LANE POWELL PC

By s/Sarah E. Swale
   Sarah E. Swale, WSBA No. 29626
   Kelly M. Turner, WSBA No. 43022
Attorneys for Defendants

APPROVED; NOTICE OF PRESENTATION WAIVED:

TODD R. RENDA, ATTORNEY AT LAW

By s/Todd R. Renda
   Todd R. Renda, WSBA No. 20779
Attorney for Plaintiff

ORDER TO DISMISS CASE WITH PREJUDICE - 2
Case No. 3:13-cv-05854-RJB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

121731.0002/5881182.1